IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES OF AMERICA**     **PLAINTIFF**

v.     **CIVIL ACTION NO. 3:23-cv-119-SA-RP**

**BARBARA MIMS**     **DEFENDANT**

## DEFAULT JUDGMENT

The Defendant, Barbara Mims, having failed to appear, plead, or otherwise defend in this action, and default having been entered on August 15, 2023, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Barbara Mims, in the amount of $67,985.94, plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $402.00.

This the 21st day of August, 2023.

                                                             s/ David Crews
                                                           Clerk of Court    by: jla